IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

John Pluecker, Obina Dennar, Zachary Abdelhadi, and George Hale

-vs-

Ken Paxton, Texas Attorney General; Board of Regents of the University of Houston System, in the name of the University of Houston; et al.

Case No. 1:18-cv-01100-RP

## ORDER

BE IT REMEMBERED on this the 3rd day of January, 2019, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Brian M. Hauss** ("Applicant"), counsel for **Plaintiffs** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Plaintiffs** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 3rd day of January 20 19.

UNITED STATES DISTRICT JUDGE