UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Pluecker et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-01100-RP |
| | ) |
| Paxton, et al. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF 10 PAGES

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Plaintiffs hereby move for leave to file a Motion for Preliminary Injunction in excess of the 10-page requirement set out in this Court's Local Court Rule CV-7(d)(3). The proposed motion and memorandum in support, along with accompanying exhibits, is attached. Given the complexity of issues involved in this case and the significant rights at stake, this case warrants an overlength motion.

This case is about a Texas state law, HB 89 ("the Act"), that forces Plaintiffs to choose between their livelihoods and their First Amendment rights. The Act forces those who wish to contract with State government agencies to certify that they are not engaged in boycotts of Israel or territories controlled by Israel. Contractors who cannot meet this certification requirement or choose not to so certify are prohibited from contracting with the State.

1

To adequately brief their requests for injunctive and declaratory relief, Plaintiffs require more than 10 pages. In their proposed motion and memorandum in support, Plaintiffs have set forth relevant facts for each of the four Plaintiffs, the State, and the four pertinent State government agencies, summarized their evidence in support of those facts, and argued for preliminary relief based on constitutional claims brought under the First and Fourteenth Amendments through 42 U.S.C. § 1983. Plaintiffs have carefully outlined the constitutional principles at play, demonstrating that the certification requirement is a political boycott protected by the First Amendment, that it constitutes content and viewpoint discrimination and compels speech in contravention on the First Amendment, and that it is unconstitutionally vague in contravention of the Fourteenth Amendment.

In light of the detailed facts underlying Plaintiffs' claims, and the important constitutional principles at play, it has been necessary for Plaintiffs to thoroughly substantiate why they are entitled to the declaratory and injunctive relief they seek. This has required more than 10 pages.

Accordingly, Plaintiffs respectfully request the Court grant leave to file the attached Motion for Preliminary Injunction and accompanying memorandum and exhibits.

Pursuant to Local Rule CV 7(i), Plaintiffs' counsel conferred with counsel for Ken Paxton, the Board of Regents of the University of Houston and the Board of Regents of the Texas A&M University System, and with counsel for the Trustees of the Klein Independent School District and the Trustees of the Lewisville Independent School

District, by email and phone, to determine if Defendants would consent to the relief requested in this motion. Counsel for all Defendants informed Plaintiffs' counsel that they do not oppose this motion.

        Respectfully submitted,

        */s/ Edgar Saldivar*
        Edgar Saldivar, TX Bar No. 24038188
        Thomas Buser-Clancy, TX Bar No. 24078344
        Andre Segura, TX Bar No. 24107112**
        Adriana Piñon, TX Bar No. 24089768
        ACLU Foundation of Texas, Inc.
        P.O. Box 8306
        Houston, TX 77288
        Telephone: (713) 325-7011
        Fax: (713) 942-8966
        esaldivar@aclutx.org
        tbuser-clancy@aclutx.org
        asegura@aclutx.org
        apinon@aclutx.org

        Brian Hauss**
        Vera Eidelman**
        American Civil Liberties Union Foundation
        Speech, Privacy & Technology Project
        125 Broad Street, 18th Floor
        New York, NY 10004
        Telephone: (212) 549-2500
        Fax: (212) 549-2654
        bhauss@aclu.org
        veidelman@aclu.org

        Kevin Dubose*
        Alexander, Dubose, Jefferson & Townsend
        1844 Harvard Street
        Houston, TX 77008
        Telephone: (713) 522-2358
        Fax: (713) 522-4553
        kdubose@adjtlaw.com

        ATTORNEYS FOR PLAINTIFFS

        * Applications for admission are forthcoming/pending
        **Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I affirm that, immediately after filing, this document and all of its exhibits will be served on the following counsel via registered and electronic mail:

Michael Abrams
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, TX 78711
Michael.Abrams@oag.texas.gov

*Counsel for Ken Paxton, Board of Regents of the University of Houston System, and Board of Regents of the Texas A&M System*

Thomas P. Brandt
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square, 4849 Greenville Avenue, Suite 1300
Dallas, TX 75206
tbrandt@fhmbk.com

*Counsel for the Trustees for the Lewisville Independent School District & the Trustees for the Klein Independent School District*


                              */s/Edgar Saldivar*
                              Edgar Saldivar