UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Pluecker *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-01100-RP |
| | ) |
| Paxton, *et al*. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, John Pluecker, Obinna Dennar, Zachary Abdelhadi, and George Hale (hereinafter "Plaintiffs"), hereby move for a preliminary injunction to enjoin Defendants Ken Paxton, Attorney General of Texas, the Board of Regents of the University of Houston System, in the name of the University of Houston, the Trustees of the Lewisville Independent School District, in the name of the Lewisville Independent School District, the Trustees of the Klein Independent School District, in the name of the Klein Independent School District, and the Board of Regents of the Texas A&M University System, in their official capacities, from applying or enforcing the "No Boycott of Israel" certification requirement as set forth in House Bill 89 (the "Act"), which is codified at Texas Government Code Sections 808.001 *et seq.* and 227.002 *et seq.*

As set forth in more detail in the accompanying memorandum, the Act's requirement that government contractors certify that they do not and will not boycott Israel for the life of the contract is a clear violation of the First and Fourteenth Amendments. The right to engage in

1

political boycott is protected by the First Amendment, and the State may not force contractors to choose between their livelihoods and their First Amendment rights.  Additionally, the Act is brazen content and viewpoint discrimination because it singles out particular speech—boycotts of Israel—because the State of Texas disagrees with the message conveyed by such boycotts. The Act also unconstitutionally compels speech by forcing contractors to take a public stance on a controversial issue unrelated to the requirements of their job.  Finally, the Act is unconstitutionally vague, in that an ordinary citizen could not tell whether their actions constitute a "Boycott of Israel," as it is defined by the Act.

In support of this Motion, Plaintiffs rely on the accompanying memorandum, declarations and exhibits.

Pursuant to Local Rule CV 7(i), Plaintiffs' counsel conferred with counsel representing Defendants Ken Paxton, the Board of Regents of the University of Houston System, and the Board of Regents of the Texas A&M University System, who indicated that they were opposed to this Motion.  Counsel for the Trustees of the Lewisville Independent School District and the Trustees of the Klein Independent School District took no position on the motion as he had not yet had an opportunity to confer with his clients.

        Respectfully submitted,

        */s/ Edgar Saldivar*
        Edgar Saldivar, TX Bar No. 24038188
        Thomas Buser-Clancy, TX Bar No. 24078344
        Andre Segura, TX Bar No. 24107112**
        Adriana Piñon, TX Bar No. 24089768
        ACLU Foundation of Texas, Inc.
        P.O. Box 8306
        Houston, TX 77288
        Telephone: (713) 325-7011
        Fax: (713) 942-8966
        esaldivar@aclutx.org

tbuser-clancy@aclutx.org
asegura@aclutx.org
apinon@aclutx.org

Brian Hauss**
Vera Eidelman**
American Civil Liberties Union Foundation
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org
veidelman@aclu.org

Kevin Dubose*
Alexander, Dubose, Jefferson & Townsend
1844 Harvard Street
Houston, TX 77008
Telephone: (713) 522-2358
Fax: (713) 522-4553
kdubose@adjtlaw.com

ATTORNEYS FOR PLAINTIFFS

* Applications for admission are forthcoming/pending
**Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I affirm that, immediately after filing, this document and all of its exhibits will be served on the following counsel via registered and electronic mail:

Michael Abrams
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, TX 78711
Michael.Abrams@oag.texas.gov

*Counsel for Ken Paxton, Board of Regents of the University of Houston System, and Board of Regents of the Texas A&M System*

Thomas P. Brandt
Fanning Harper Martinson Brandt & Kutchin, P.C.
Two Energy Square, 4849 Greenville Avenue, Suite 1300
Dallas, TX 75206
tbrandt@fhmbk.com

*Counsel for the Trustees for the Lewisville Independent School District & the Trustees for the Klein Independent School District*


/s/Edgar Saldivar
Edgar Saldivar